JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ANYANWU, | ) Case No. LA CV 15-2272 JCG |
| | ) |
| Plaintiff, | ) Hon. Jay C. Gandhi |
| | ) |
| vs. | ) **JUDGMENT AFTER TRIAL** |
| | ) |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This action came on regularly for trial from June 20, 2017 to June 23, 2017, and June 26, 2017, in Courtroom 6A of this United States District Court, the Honorable Jay C. Gandhi presiding. Plaintiff Cecilia Anyanwu appeared by attorneys Richard M. Wirtz and Amy R. Smith of Wirtz Law APC, and Bryan C. Altman of Altman Law Group. Defendant Jaguar Land Rover North America, LLC appeared by attorneys Richard L. Stuhlbarg and Hannah L. Mohrman of Bowman and Brooke LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury

1

was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned its verdict, finding in favor of Jaguar Land Rover North America, LLC.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED**, **ADJUDGED**, **AND DECREED** that final judgment in the action be entered as follows:

In accordance with the verdict form dated June 26, 2017, judgment is entered in favor of Jaguar Land Rover North America, LLC and against Cecilia Anyanwu. Cecilia Anyanwu shall recover nothing from Jaguar Land Rover North America, LLC. Jaguar Land Rover North America, LLC shall recover costs from Cecilia Anyanwu as determined by the Clerk of the Court.

Dated: June 28, 2017 _____
Honorable Jay C. Gandhi
United States Magistrate Judge